JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO S.,[1] <br><br> Plaintiff, <br> v. <br> MARTIN J. O'MALLEY,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 8:23-cv-01907-AJR <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: October 21, 2024

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Commissioner Martin J. O'Malley is substituted in as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).