UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JULIO PONCE SAGRERO, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY[1] <br> Commissioner of Social Security, <br><br> Defendant. | No: 8:23-cv-01907-AJR <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.) and zero costs ($0.00), subject to the terms of the Stipulation.

DATE: 11/04/2024          _____
                          HON. A. JOEL RICHLIN
                          UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin O'Malley is substituted for his predecessor as the defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-